HODGSKIN v. HEIM et al. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by T. Ellett Hodgskin, as trustee in bankruptcy, etc., of Adolph Kuffler, bankrupt, against Ralph Heim, Anna Heim, Frank Pentlarge, and Adolph Kuffler.

PER CURIAM. Judgment affirmed, without costs of this appeal to either party. See 67 N. Y. Supp. 876.

HODGSKIN, Appellant, v. PENTLARGE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by T. Ellett Hodgskin, as trustee in bankruptcy, etc., of Adolph Kuffler, bankrupt, against Frank Pentlarge, individually and as executor, etc., of Raphael Pentlarge, deceased, and Adolph Kuffler, individually, etc. No opinion. Judgment modified, by striking out the provision awarding costs to the defendant Kuffler, and, as thus modified, affirmed, with costs of the appeal to the defendant Pentlarge.

HOFFMAN et al., Respondents, v. ABEL et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Samuel V. Hoffman and others against Samuel V. Abel and others. J. Canter, for appellants. W. H. Harris, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOLLIDAY. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of proving the last will and testament of Mary J. Holliday, etc., deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

HOLSKE v. SPIELMANN. (Supreme Court, Appellate Division, First Department, June 24, 1904.) Action by William H. Holske against Charles Spielmann. No opinion. Motion denied, with $10 costs.

In re HOPKINS' WILL. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) In the matter of the probate of the will of Robert E. Hopkins, deceased.

PER CURIAM. Order of the Surrogate's Court of Westchester county affirmed upon reargument, without costs. See additional remarks in opinion of BARTLETT, J., 87 N. Y. Supp. 793.

HORAN, Respondent, v. DOULIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by James Horan against John Doulin and others. No opinion. Judgment and order unanimously affirmed, with costs.

HOYT et al., Respondents, v. RICE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Colgate Hoyt and others against Isaac L. Rice and others. F. Woodbridge, for appellants. A. S. Lyman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HUDSON VALLEY RY. CO., Respondent, v. O'CONNOR et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 30, 1904.) Action by the Hudson Valley Railway Company against Thomas O'Connor and others. No opinion. Order affirmed, with $10 costs and disbursements.

HULBERT, Respondent, v. TOWN OF COLCHESTER, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by George W. Hulbert against the town of Colchester. No opinion. Judgment and order unanimously affirmed, with costs.

HUNT, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Juliaette G. Hunt against John R. Thompson. No opinion. Judgment affirmed, with costs.

HUNTINGTON et al., Respondents, v. BACHE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Arabella D. Huntington, as executrix, and another, against Jules S. Bache and others.

PER CURIAM. Order granting stay, so far as appealed from, modified by requiring the undertaking to be executed in the penal sum of $10,000, and conditioned to secure payment to the respondents of any loss or damage which may be sustained by them by reason of the delay consequent upon the prosecution of the appeal, and, as modified, affirmed, without costs. Appeal from order denying motion for resettlement dismissed, without costs.

HURLEY v. ROSSIE IRON ORE CO. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by John Hurley, as administrator of Cornelius Hurley, deceased, against the Rossie Iron Ore Company. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBUS v. DIAMOND SODA WATER MFG. CO. (Supreme Court, Appellate Division. First Department. June 29, 1904.) Action by Emanuel Jacobus against the Diamond Soda Water Manufacturing Company. No opinion. Motion denied, with $10 costs.

JEWELL, Appellant, v. JEWELL, Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Eliza J. Jewell against Frank H. Jewell. R. F. Whitney, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.